**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**PMW PARTNERS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1042-Orl-28DAB**

**NBC SECURITIES, INC., AND RBC
CENTURA BANKS, INC.,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**MOTION TO QUASH SUBPOENA OF NON-PARTY CENTERSTATE BANK (Doc. No. 1)**
>
> **FILED:**　　June 5, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. *See* Order from Middle District of Tennessee in the underlying case, which stays discovery, attached to this Order.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record